IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,       )<br>                                                         )<br>                    Plaintiff,           )<br>          vs.                                    )<br>                                                         )<br>WARDEN CORCORAN STATE PRISON, )<br>et al.,                                            )<br>                                                         )<br>                    Defendants.      )<br>                                                         )<br>_____ ) | 1:05-CV-1284 REC WMW P<br><br>SECOND ORDER TO SUBMIT NEW<br>APPLICATION TO PROCEED IN<br>FORMA PAUPERIS AND CERTIFIED<br>COPY OF TRUST ACCOUNT<br>STATEMENT **OR** PAY FILING FEE |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On November 16, 2005, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $250.00 filing fee.  On November 28, 2005, plaintiff submitted an application to proceed in forma pauperis.  However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration.  Additionally, plaintiff has not submitted a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915.  Plaintiff will be provided the opportunity to submit a new

1

application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and an original certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**   **February 1, 2006**            /s/  **William M. Wunderlich**
j14hj0                                       UNITED STATES MAGISTRATE JUDGE