# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>          Plaintiff,<br><br>     vs.<br><br>WARDEN CORCORAN STATE PRISON, et al.,<br><br>          Defendants._____/ | CASE NO. 1:05-CV-01284-REC-WMW-P<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF BE DENIED LEAVE TO PROCEED IN FORMA PAUPERIS AND BE ORDERED TO PAY THE $150.00 BALANCE DUE OF FILING FEE<br><br>(DOCUMENTS #6 & #11) |

Plaintiff Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 11, 2005, and is seeking leave to proceed in forma pauperis for the balance of the filing fee owed. The total filing fee for this action is $250.00. On January 9, 2006, plaintiff paid a partial filing fee in the amount of $100.00. Therefore, the balance currently owed is $150.00.

A prisoner seeking to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 must submit an affidavit and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a). Because a prisoner proceeding in forma pauperis is required to pay the filing fee in full, after reviewing and granting the application to proceed in forma pauperis, the court must assess an initial partial filing fee, if funds

1

1 exist. 28 U.S.C. § 1915(b)(1). The relevant statute provides:

> "The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of -
> (A) the average monthly deposits to the prisoner's account; or
> (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal." 28 U.S.C. § 1915(b)(1).

In the instant action, plaintiff filed an application to proceed in forma pauperis and provided a certified copy of his trust account statement for the six month period immediately preceding the filing of the complaint. Upon review of plaintiff's application, the court notes that plaintiff's average monthly balance is $3,271.22 and the average of plaintiff's monthly deposits is $0.00. Twenty percent of the greater of these two figures is $654.24. The balance of filing fee owed for this action is $150.00. The current balance available in plaintiff's account is $2,635.98. The court finds that plaintiff has sufficient funds to pay the filing in full. Thus, the court recommends that plaintiff's application to proceed in forma pauperis be denied and that plaintiff be ordered to pay the $150.00 balance of the filing fee owed for this action.

Accordingly, it is HEREBY RECOMMENDED that:

1. Plaintiff's application to proceed in forma pauperis be denied; and

2. Plaintiff be ordered to pay the $150.00 balance of the filing fee.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these Findings and Recommendations, the parties may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   March 6, 2006**             **/s/  William M. Wunderlich**
j14hj0                                         UNITED STATES MAGISTRATE JUDGE