IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMISI JERMAINE CALLOWAY,

    Plaintiff,                         CV F 05 1284 AWI  WMW  P

vs.                                   FINDINGS AND RECOMMENDATION
                                          RE MOTION FOR PRELIMINARY
                                          INJUNCTION (DOCUMENT 4)

WARDEN, CSP CORCORAN, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se. Pending before the court is Plaintiff's motion for a preliminary injunction. Plaintiff seeks an injunction against several individuals employed by the Department of Corrections at CSP Corcoran for unspecified conduct. The conduct that gives rise to this lawsuit occurred while Plaintiff was housed at CSP Corcoran. Subsequent to the filing of Plaintiff's motion, Plaintiff was transferred to Vacaville.

    When an inmate seeks injunctive or declaratory relief concerning the prison where he is incarcerated, his claims for such relief become moot when he is no longer subjected to those conditions. See Weinstein v. Bradford, 423 U.S. 147 (1975); Enrico's, Inc. v. Rice, 730 F.2d 1250, 1255 (9th Cir. 1984).

    Accordingly,  IT IS HEREBY RECOMMENDED that Plaintiff's motion for a preliminary injunction be denied.

1

1    These findings and recommendations are submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within thirty
3  days after being served with these findings and recommendations, Plaintiff may file written
4  objections with the court.  Such a document should be captioned "Objections to Magistrate
5  Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections
6  within the specified time may waive the right to appeal the District Court's order.  Martinez v.
7  Ylst, 951 F.2d 1153 (9th Cir. 1991).

11  IT IS SO ORDERED.

12  **Dated:    July 18, 2006**                         **/s/  William M. Wunderlich**
    mmkd34                                              UNITED STATES MAGISTRATE JUDGE