IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMISI JERMAINE CALLOWAY,

    Plaintiff,                      CV F 05 1284 AWI WMW   P

  vs.                                  ORDER RE MOTION (DOC 8 )

WARDEN, CSP CORCORAN, et al.,

    Defendants.

       Plaintiff has filed a motion requesting leave to file a first amended complaint. Subsequent to Plaintiff's motion, Plaintiff filed the March 13, 2006, first amended complaint, which is before the court.   Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file an amended complaint is granted nunc pro tunc.

IT IS SO ORDERED.

**Dated:   July 18, 2006**                          /s/ William M. Wunderlich
mmkd34                                  UNITED STATES MAGISTRATE JUDGE