IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMISI JERMAINE CALLOWAY,

    Plaintiff,                                    CV F 05 1284 AWI WMW P

    vs.                                            ORDER RE: FINDINGS & RECOMMENDATIONS (#17)

WARDEN, CSP CORCORAN, et al.,        ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION (#4)

    Defendants.

_____/

       Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On July 18, 2006, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunction filed on October 24, 2005, be denied. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 18, 2006, are adopted in full; and

2. Plaintiff's motion for preliminary injunctive relief filed on October 24, 2005, is denied.

IT IS SO ORDERED.

**Dated:   September 23, 2006**              /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE

2