IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMISI JERMAINE CALLOWAY,

        Plaintiff,                CV F 05 1284 LJO WMW PC

    vs.                          ORDER RE MOTIONS (DOC 21, 24)

WARDEN, CSP CORCORAN, et al.,

        Defendants.

      Plaintiff has filed motions requesting service by the U.S. Marshal.  The original complaint has been dismissed, and this action proceeds on the December 13, 2007, amended complaint.  Until such time as the Court enters a screening order, such motion is premature. Acccordingly, IT IS HEREBY ORDERED that Plaintiff's motions for service by the U.S. Marshal are denied.

IT IS SO ORDERED.

**Dated:   March 31, 2008**                /s/  **William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE

1