IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMISI JERMAINE CALLOWAY,

    Plaintiff,                        1: 05 CV 01284 OWW YNP SMS (PC)

    vs.                                ORDER RE: FINDINGS &
                                         RECOMMENDATIONS (#34)

WARDEN, CORCORAN STATE PRISON, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On January 27, 2010, findings and recommendations were entered, recommending dismissal of certain claims and defendants. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 27, 2010, are adopted in full; and

2. This action proceeds on the December 13, 2007, first amended complaint against Defendants Montgomery, Babb, Spears, Bhatt, Kappa, and Jane Doe for violating Plaintiff's rights under the Eighth Amendment by subjecting Plaintiff to unnecessary and harassing searches.

3. Plaintiff's remaining claims are dismissed, without prejudice, for being improperly joined under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

**Dated:   March 9, 2010**              /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE

2