# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>             Plaintiff,<br><br>     v.<br><br>MONTGOMERY, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:05-cv-01284-LJO-BAM PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO AMEND THE SCHEDULING ORDER<br><br>(ECF No. 96<br><br>DEADLINE: OCTOBER 18, 2012 |

   Plaintiff Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 3, 2012, Defendants filed a motion to amend the scheduling order to extend the deadline to file a dispositive motion and response to Plaintiff's motion for summary judgment to October 18, 2012.  Good cause having been shown, Defendants' motion to amend the scheduling order is granted, and Defendants' dispositive motions and opposition to Plaintiff's motion for summary judgement shall be filed on or before October 18, 2012.

   IT IS SO ORDERED.

   Dated:    October 4, 2012              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

1