**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. K. SCRIBNER, et al.,<br><br>　　　　Defendants. | Case No.: 1:05-cv-01284-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT<br><br>(ECF Nos. 85, 98, 109, 111) |

　　　　Plaintiff Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges Defendants Sergeant Montgomery, Officer Babb and Dr. Bhatt subjected Plaintiff to an unnecessary and painful enema procedure in violation of the Eighth Amendment's prohibition against cruel and unusual punishment.

　　　　On August 21, 2013, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for summary judgment be denied and that Defendants' motion for summary judgment be denied. The findings and recommendations were served on the parties and contained notice that any objections must be filed within thirty days after service. (ECF No. 111.)

　　　　On September 20, 2013, the Magistrate Judge granted Defendants' request for a thirty-one day extension of time to file their objections. (ECF No. 113.) On October 21, 2013, the Magistrate Judge granted Defendants' second request for an extension of time to file their objections. Pursuant to that

1

order, Defendants' objections, if any, were due on or before October 28, 2013. (ECF No. 117.) The deadline to file any objections has passed and no objections have been filed by any party.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on August 21, 2013, are adopted in full;
2. Plaintiff's Motion for Summary Judgment, filed on May 2, 2012, is DENIED;
3. Defendants' Motion for Summary Judgment, filed on October 18, 2012, is DENIED; and
4. This action shall proceed against Defendants Montgomery, Babb and Bhatt for violation of the Eighth Amendment.

IT IS SO ORDERED.

Dated: **October 30, 2013**        /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

2