**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>            Plaintiff,<br><br>       v.<br><br>A. K. SCRIBNER, et al.,<br><br>            Defendants. | Case No.: 1:05-cv-01284-BAM PC<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>FOURTEEN-DAY DEADLINE |

Plaintiff Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges Defendants Sergeant Montgomery, Officer Babb and Dr. Bhatt subjected Plaintiff to an unnecessary and painful enema procedure in violation of the Eighth Amendment's prohibition against cruel and unusual punishment. This matter is set for jury trial on February 25, 2014.

The Court is able to refer cases for mediation before a United States Magistrate Judge. A settlement conference will only be set if the parties are willing to make a meaningful attempt to resolve this action and are willing to compromise. Settlement conferences may be held by video conference or in person at the court. Plaintiff and Defendants shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.

If the parties wish to have a settlement conference scheduled, Defendants' counsel shall notify the Court whether there are security concerns that would prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred for settlement only and then returned to prison for housing.

Accordingly, within **fourteen (14) days** from the date of service of this order, Plaintiff and Defendants shall file a written response to this order. If a settlement conference is set by the Court, then the Court will issue a separate order indicating each of the parties' responsibilities regarding the settlement conference.

IT IS SO ORDERED.

Dated:   **December 3, 2013**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE