UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN CORCORAN STATE PRISON, et al.,<br><br>　　　　Defendants. | 1:05-cv-01284-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REQUESTING SETTLEMENT CONFERENCE<br><br>(ECF No. 138) |

　　　　Plaintiff is a prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983. On December 4, 2013, the Court issued an Amended Second Scheduling Order, which set a telephonic trial confirmation hearing for January 16, 2014, and a jury trial for February 25, 2014. (ECF No. 127.) The Court also directed the parties to notify the Court whether a settlement conference would be beneficial. (ECF No. 128.) Subsequent to those orders, Plaintiff retained pro bono counsel. Counsel appeared in this action on December 16, 2013.

　　　　On December 18, 2013, Plaintiff, through counsel, notified the Court of his belief that the parties would benefit from a settlement conference scheduled no sooner than February 2014. (ECF No. 132.) On December 19, 2013, Defendants notified the Court of their belief that further

1

attempts at settlement would not likely be successful. (ECF No. 134.) Thereafter, on December 26, 2013, Plaintiff, on his own motion, requested that the Court schedule a settlement conference in this matter as soon as possible. (ECF No. 138.)

Plaintiff's request for a settlement conference shall be denied. Defendants have represented to the Court that attempts at settlement likely would not be successful. The Court will not force the parties to participate in a settlement conference in such circumstances and no settlement conference will be scheduled unless all parties agree to participate. Plaintiff is advised that this order does not preclude the parties from discussing settlement. Should the parties be willing to participate in a settlement conference in a good faith effort to settle this action in the future, they may file a joint request for a settlement conference. Further, as Plaintiff is now represented by counsel, all future communications with the Court should be through such counsel.

Based on the above, Plaintiff's motion requesting settlement conference, filed on December 26, 2013, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **January 2, 2014**              /s/ Barbara A. McAuliffe
                                                                            UNITED STATES MAGISTRATE JUDGE