UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. K. SCRIBNER, et al.,<br><br>　　　　Defendants. | Case No.: 1:05-cv-01284-BAM PC<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>Hearing:  June 19, 2014, at 10:00 a.m. in Courtroom 8 (BAM) |

On January 13, 2014, the Court set this matter for a telephonic trial confirmation hearing on May 7, 2014, at 10:00 a.m. in Courtroom 8 before the undersigned.  (ECF No. 144.)  Due to the Court's schedule, the telephonic trial confirmation hearing is HEREBY CONTINUED to **June 19, 2014, at 10:00 a.m.** before the undersigned in Courtroom 8, at which time a trial date will be selected.  Counsel for the parties shall jointly initiate the telephonic hearing at (559) 499-5789.

The parties shall file their joint pretrial statement as described in the Amended Second Scheduling Order on or before **June 5, 2014**.  All other deadlines remain unchanged.

IT IS SO ORDERED.

　Dated:　__**March 26, 2014**__　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1