UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER, et al.,<br><br>    Defendants. | Case No.: 1:05-cv-01284-BAM PC<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>Hearing: **August 27, 2014**, **at 10:00 a.m. in Courtroom 8 (BAM)** |

On March 27, 2014, the Court continued the telephonic trial confirmation hearing to June 19, 2014, at 10:00 a.m. in Courtroom 8 before the undersigned. (ECF No. 148.) However, pursuant to a stipulation, this matter is scheduled for a settlement conference on June 24, 2014, and limited discovery is set to close on August 8, 2014. Accordingly, in the interest of judicial economy, the telephonic trial confirmation hearing is HEREBY CONTINUED to **August 27, 2014, at 10:00 a.m.** before the undersigned in Courtroom 8, at which time a trial date will be selected. Counsel for the parties shall jointly initiate the telephonic hearing at (559) 499-5789.

The parties shall file their joint pretrial statement as described in the Amended Second Scheduling Order on or before **August 13, 2014**. All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated:  **June 6, 2014**                    /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

1