# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>  Plaintiff,<br><br>  v.<br><br>WARDEN CORCORAN STATE PRISON, et al.,<br><br>  Defendants. | Case No.  1:05-cv-01284-BAM PC<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |

The Court conducted a settlement conference in this action on June 24, 2014, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositional documents within thirty days from the date of service of this order; and

3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated:   **June 24, 2014**                                          _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

1