1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                              **EASTERN DISTRICT OF CALIFORNIA**

10

11  JAMISI JERMAINE CALLOWAY,              )    Case No.: 1:05-cv-01284-BAM PC
                                           )
12                      Plaintiff,         )    ORDER DIRECTING PARTIES TO FILE STATUS
                                           )    REPORT REGARDING DISPOSITIVE
13          v.                             )    DOCUMENTS
                                           )    (ECF No. 159)
14  A. K. SCRIBNER, et al.,                )
                                           )
15                      Defendants.        )    FOURTEEN-DAY DEADLINE
                                           )
16  _____)

17          On June 24, 2014, the parties participated in a settlement conference before Magistrate Judge

18  Stanley A. Boone.  Based on the settlement, on June 25, 2014, the Court vacated all pending dates and

19  directed the parties to file dispositive documents within thirty (30) days.  (ECF No. 159.)  More than

20  thirty (30) days have passed and no dispositive documents have been filed.  Accordingly, within

21  **fourteen (14) days** of the date of this order, the parties are directed to file a joint report informing the

22  Court of the status of the settlement agreement and dispositive documents.  In the alternative, the

23  parties may file dispositive documents resolving this action.  <u>Failure of the parties to comply with this

24  order may be grounds for the imposition of sanctions.</u>  Local Rule 110.

25  IT IS SO ORDERED.

26      Dated:   **August 11, 2014**              ___/s/ *Barbara A. McAuliffe*___

27                                                 UNITED STATES MAGISTRATE JUDGE

28

                                                1