UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER, et al.,<br><br>    Defendants. | Case No.: 1:05-cv-01284-BAM PC<br><br>ORDER DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |

On June 24, 2014, this action was settled in its entirety at a settlement conference before United States Magistrate Judge Stanley A. Boone. On June 25, 2014, the Court vacated all pending dates and directed the parties to file dispositive documents within thirty (30) days. (ECF No. 159.) No dispositive documents were filed.

On August 11, 2014, the Court directed the parties to file a joint report regarding the status of the settlement agreement and dispositive documents. (ECF No. 160.)

In compliance with the Court's order, on August 21, 2014, the parties filed a joint status report. In the report, the parties detailed their efforts to finalize a written Settlement Agreement in July and August 2014. The parties explained that they continue to negotiate the terms of the Settlement Agreement and are hopeful that the agreement will be finalized within the next thirty days. (ECF No. 161.)

///

1  Based on the parties' representations, it is HEREBY ORDERED that the parties shall file
2  dispositional documents within thirty (30) days from the date of service of this order.
3  IT IS SO ORDERED.

   Dated:   **August 22, 2014**                    /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE