UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>Plaintiff,<br><br>v.<br><br>CORCORAN STATE PRISON, et al,<br><br>Defendant. | 1:05-cv-01284-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(Document# 163)<br><br>OCTOBER 22, 2014 DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 17, 2014, Defendants filed a motion to extend time to file dispositive deadline. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted until October 22, 2014 in which to file dispositive documents.

IT IS SO ORDERED.

Dated: **September 18, 2014**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

1