UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN CORCORAN STATE PRISON, et al.,<br><br>        Defendants. | Case No.: 1:05-cv-01284 BAM (PC)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>(ECF No. 165) |

Pursuant to the stipulation of voluntary dismissal filed on October 21, 2014, this action is DISMISSED in its entirety with prejudice. (ECF No. 165.) Each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: __October 22, 2014__       /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE